# Exhibit A

Case 1:07-cv-07038-LTS   Document 1-2   Filed 08/07/2007   Page 1 of 2

# EXHIBIT A

## SUZANNE HUNTON

**IP Address:** 66.65.84.12 2005-11-29 01:00:12          **CASE ID#** 107202496

**P2P Network:** KaZaALite                              **Total Audio Files:** 503

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Smashing Pumpkins | Perfect | Adore | 261-479 |
| Motown Record Company, L.P. | Erykah Badu | Bag Lady | Mama's Gun | 295-614 |
| Motown Record Company, L.P. | Lionel Richie | Hello | Can't Slow Down | 49-235 |
| UMG Recordings, Inc. | U2 | With or Without You | The Joshua Tree | 78-949 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | No Ordinary Love | Love Deluxe | 183-731 |
| SONY BMG MUSIC ENTERTAINMENT | Wyclef Jean | Mona Lisa | Wyclef Jean Presents The Carnival Featuring Refugee Allstars | 251-493 |
| BMG Music | Dave Matthews Band | Say Goodbye | Crash | 212-572 |
| Capitol Records, Inc. | Norah Jones | Turn Me On | Come Away With Me | 320-120 |
| Elektra Entertainment Group Inc. | The Cure | Love Song | Disintegration | 104-305 |
| UMG Recordings, Inc. | Sting | Englishman In New York | Nothing Like the Sun | 85-672 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Careless Whisper | Make It Big | 68-616 |
| BMG Music | Dave Matthews Band | Crash Into Me | Crash | 212-572 |
| Interscope Records | No Doubt | Underneath it All | Rock Steady | 305-872 |