























































**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| kazaaliteuser@KaZaA | Sade - By Your Side (1).mp3 | Sade | 3,222KB | Audio |
| kazaaliteuser@KaZaA | Oar - Crazy Game of Poker.mp3 | OAR | 4,373KB | Audio |
| kazaaliteuser@KaZaA | 112 - Cupid.mp3 | 112 | 3,966KB | Audio |
| kazaaliteuser@KaZaA | KC and Jojo- Dont Rush.mp3 | K-Ci_Jojo | 3,015KB | Audio |
| kazaaliteuser@KaZaA | Sting - Englishman In New York.mp3 | Sting | 4,175KB | Audio |
| kazaaliteuser@KaZaA | Blink 182 - 10 - Every Time I Look For You.mp3 | Blink 182 | 4,347KB | Audio |
| kazaaliteuser@KaZaA | Will Smith - Summertime.mp3 | Will Smith | 4,234KB | Audio |
| kazaaliteuser@KaZaA | Earth Wind and Fire - September.mp3 | Earth Wind and Fire | 3,381KB | Audio |
| kazaaliteuser@KaZaA | OAR - Crazy Game of Poker (1).mp3 | of a revolution (O.A.R.) | 8,168KB | Audio |
| kazaaliteuser@KaZaA | Remy Zero - Save Me (Smallville Theme).mp3 | Remy Zero | 4,124KB | Audio |
| kazaaliteuser@KaZaA | Bob Marley - Bad Card.mp3 | Bob Marley | 2,658KB | Audio |
| kazaaliteuser@KaZaA | Coldplay - Beautiful World.mp3 | Coldplay | 2,146KB | Audio |
| kazaaliteuser@KaZaA | Bizzy Bone - Fried Day.mp3 | Bizzy Bone | 6,458KB | Audio |
| kazaaliteuser@KaZaA | Bush - Glycerine.mp3 | Bush | 4,057KB | Audio |
| kazaaliteuser@KaZaA | Simple Plan - Im Just A Kid.mp3 | Simple Plan | 3,098KB | Audio |
| kazaaliteuser@KaZaA | Staind - Its Been Awhile.mp3 | Staind | 4,164KB | Audio |
| kazaaliteuser@KaZaA | Tina Turner - Proud Mary.mp3 | Chicago Crew | 4,398KB | Audio |
| kazaaliteuser@KaZaA | Drop It Like Its Hot.mp3 | Snoop Dogg | 6,330KB | Audio |
| kazaaliteuser@KaZaA | Saddest Day.mp3 | Old School Soundtrack | 2,352KB | Audio |
| kazaaliteuser@KaZaA | Beres Hammond-FIRST TIME I MET YOU.MP3 | Various Artists | 1,693KB | Audio |

Found 555 files                    1,930,899 users online, sharing 179,040,025 files (21,5   Not sharing any files





