UNITED STATES DISTRICT COURT,

SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF POSTING

X------------------------------------------------------------------

VIRGIN RECORDS AMERICA, INC., ET AL.,

Plaintiff/Petitioner

Vs                                              CAUSE NO: **07 CIV 7038**

SUZANNE HUNTON

Defendant/Respondent
X------------------------------------------------------------------

**ROBBIE L. LAWSON** being duly sworn deposes and says that deponent is not a party to this action is over 18 years of age and resides in county of **BRONX**, State of **NEW YORK**.

**Deponent attempted to serve:**

NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF JUDGE FRANCIS; INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN; ELECTRONIC CASE INFORMATION.

**At the address of:**

SUZANNE HUNTON whose place of abode is 1562 RYDER STREET, APT. 2, BROOKLYN, KINGS COUNTY, NY 11234,

**Deponent was unable to find a person of suitable age and discretion the times listed hereinafter:**

SEPTEMBER 24th 2007 at 11:44AM // SEPTEMBER 27th 2007 at 7:16PM // OCTOBER 3rd, 2007 at 9:52AM

**Documents were posted upon:**

ENTRANCE DOOR on OCTOBER 3rd, 2007 at 9:52AM

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Robbie L. Lawson
License # 601689

SUBSCRIBED AND SWORN to before me this 16th day OCT 2007

_____
NOTARY PUBLIC in and for the State of New York,
Residing at: _____
My Commission Expires: _____

ALPESH PATEL
Notary Public, State of New York
No. 01PA6057321
Qualified in Bronx County
Commission Expires April 16, 2011

# Declaration of Mailing

## Docket Number: 07 CIV 7038

The undersigned hereby declares: that I, Angela Drew, am a citizen of the United States of America and am employed in the county of King, in the state of Washington.

That I am over the age of twenty-one, and not party to, nor interested in the within entitled action. My business address is 633 Yesler Way Seattle, WA 98104.

That on October 11, 2007, after service was made, I completed service by depositing a copy of the NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF JUDGE FRANCIS; INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN; ELECTRONIC CASE INFORMATION, in a first class post paid envelope properly addressed at a US Post Office. The envelope bore the legend "**Personal and Confidential**", and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned and action against the defendant.

That I addressed the envelope as follows:

SUZANNE HUNTON
1562 RYDER ST
APT. 2
BROOKLYN NY 11234

That I declare under penalty of perjury of the state of New York, that the foregoing is true and correct.

That I executed this declaration on October 11, 2007 at Seattle, Washington.

Declarant: Angela Drew

Tracking #: 4893021



IN THE
UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., ET AL.,<br><br>　　　　　　　　　　　Plaintiff/Petitioner<br><br>VS.<br>SUZANNE HUNTON<br><br>　　　　　　　　　　　Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **07 CIV 7038**<br><br>DECLARATION OF NON SERVICE OF:<br>NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF JUDGE FRANCIS; INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN; ELECTRONIC CASE INFORMATION |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **SUZANNE HUNTON** at the address of: **2235 FIFTH AVE APT 5F, NEW YORK, New York County, NY 10037** and was unable to effect service for the following reasons:

**8/27/2007 8:43:00 PM:** stated that **SUZANNE HUNTON no longer lives in apt.5F at 2235 FIFTH AVENUE, NEW YORK NY.**

Declarant hereby states under penalty of perjury under the laws of the State of **New York** that the statement above is true and correct.

DATED this 28th day of August, 2007.

_____
**ROBBIE L LAWSON**, Reg. # 601689, NEW YORK, NY


ABC's Client Name　　　　　　　　　ORIGINAL PROOF OF　　　　　　　ABC Tracking #: **4893021**
　　　　　　　　　　　　　　　　　　　　　　SERVICE
**Suzanne Hunton**