# ROBINSON & COLE LLP

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

RICHARD J. GUIDA

885 Third Avenue
Suite 2800
New York, NY 10022
Main (212) 451-2900
Fax (212) 451-2999
rguida@rc.com
Direct (212) 451-2948

December 3, 2007

**VIA FACSIMILE (212) 805-0426**

Hon. Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 755
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
LATE FILED: DEC 0 4 2007

Re:   Virgin Records. et al. v. Suzanne Hunton, Case No. 1:07-cv-07038 (LTS)(JCF)

Dear Judge Swain:

We represent Plaintiffs in the above-referenced case. On behalf of all the parties, I am writing to inform the Court that the parties have settled in principal. Plaintiffs will file all appropriate paperwork with the Court, as soon as the documents have been completed.

A conference with the Court has been set for December 5, 2007. For the reasons stated above, the parties respectfully request that this conference be adjourned *sine die*. There have been no previous requests for extensions of time.

Respectfully submitted,

*Richard J. Guida*
Richard J. Guida

cc:   Marc Lesser, Esq., *attorney for Defendant* (via facsimile (973) 994-3903)

*The conference is adjourned sine die and a 30-day order will be entered.*

SO ORDERED.

*[signature]* 12/3/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Law Offices
BOSTON
HARTFORD
NEW LONDON
STAMFORD
WHITE PLAINS
NEW YORK CITY
SARASOTA

www.rc.com   STAM1-850016-1